IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SEAN CHRISTOPHER PAGE | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-343 |
| WARDEN, FCC BEAUMONT | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Sean Christopher Page, an inmate formerly confined at FCC Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting Respondent's Motion to Dismiss.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 29th day of April, 2020.**

Michael J. Truncale
United States District Judge

---

[1] A copy of the Report and Recommendation was returned "undeliverable" with the notation that petitioner is no longer at this address (docket entry no. 12). Petitioner has failed to update the Court with his current address as required by Local Rule CV-11(d).